UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 18-20220-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MAURICE MC NAIR.

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Magistrate Judge McAliley's Report and Recommendation on Change of Plea [D.E. 30], which was issued on June 12, 2018. In the Report and Recommendation, Magistrate Judge McAliley recommends that the Defendant, Maurice Mc Nair, be found to have freely and voluntarily entered a plea of guilty to Count One of the Indictment, which charges Defendant with conspiracy to commit an offense against the United States, in violation of Title 18, United States Code, Section 371. Magistrate Judge McAliley recommends that the Defendant's guilty plea be accepted, that the Defendant be adjudicated guilty of the offense to which the plea of guilty has been entered, and that a sentencing hearing be conducted for final disposition of this matter. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, but none were filed. Accordingly, having reviewed the record *de novo*, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge McAliley's Report and Recommendation on Change of Plea [D.E. 30] is adopted and approved in its entirety. The Defendant's guilty plea is accepted, and he is adjudged guilty of Count One of the Indictment: conspiracy to commit an offense against the United States in violation of Title 18, United States

Code, Section 371. A sentencing hearing will be held before the Honorable Paul C. Huck, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida, on **Monday, August 27, 2018, at 9:30 A.M.**

**DONE AND ORDERED** in Chambers in Miami, Florida, on June 26, 2018.

Paul C. Huck
United States District Judge

**Copies provided to:**
Counsel of Record
U.S. Pretrial Services